UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN A. McGILL,**
           **Plaintiff,**

**-vs-**        **Case No.  6:05-cv-721-Orl-18UAM**

**SEMINOLE CLUB, INC.,**
**d/b/a Mayfair Country Club,**
           **Defendant.**

_____

## **ORDER**

The case was referred to the United States Magistrate Judge for report and recommendation on Defendant's Amended Motion to Tax Costs9 (Doc. No. 106) and Defendant's Motion for Relief Under Rule 60(b) (Doc. No. 111)(should be 6(b)).  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.  Defendant's Motion for Relief (Doc. No. 111) is **GRANTED** to allow the late filing of the costs motion.  Defendant's Amended Motion to Tax Costs (Doc. No. 106) is **GRANTED** in part and **DENIED** in part.  The Clerk is directed to tax costs against Plaintiff in the amount of $852.87 as follows: (1) $254 as fees for service of summons and subpoena, (2) $468.87 as fees of the court reporter for a deposition transcript and (3) $130 as fees for witnesses.

It is **SO ORDERED** in Orlando, Florida, this 16th day of July, 2007.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record