**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN A. McGILL,**

        **Plaintiff,**

**-vs-**                                                    **Case No.  6:05-cv-721-Orl-18UAM**

**SEMINOLE CLUB, INC.,**
**d/b/a Mayfair Country Club,**

        **Defendant.**

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's Motion for Sanctions Pursuant to Rule 11 (Doc. No. 99).  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.  Therefore, the Motion for Sanctions is **DENIED**.

It is **SO ORDERED** in Orlando, Florida, this 16th day of July, 2007.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record